NOTE: CHANGES MADE BY COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER D. GONZALEZ, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PATINA GROUP NEWCO, LLC, a Delaware limited liability company; and DOES 1 TO 50,<br><br>　　　　Defendants. | Case No.: 8:23-cv-00924-FWS-ADS<br><br>**CLASS ACTION**<br><br>[HON. FRED. W. SLAUGHTER, COURTROOM 10D]<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION**<br><br>Date Filed:　April 27, 2023<br>Trial Date:　 November 5, 2024 |

///

///

///

## ORDER

Having read and considered the Parties' Joint Stipulation of Voluntary Dismissal Of Action Pursuant To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii) [16] (the "Stipulation"), the facts upon which the Stipulation is based, the files and records of the case, and good cause appearing, the court ORDERS the following:

1. The Stipulation is **GRANTED**.
2. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**.
3. All future dates are **VACATED** and this matter shall be deemed closed.
4. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: August 12, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE